**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ROBERT ALAN COLE,**

      **Petitioner,**

**v.**                                            **Case No. 3:25cv1253-MCR/MAF**

**STATE OF FLORIDA,**

      **Respondent.**

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated January 26, 2026. ECF No. 11. The Parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 11, is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss, ECF No. 9, is **GRANTED** and the amended § 2254 petition for writ of habeas corpus, ECF No. 5, is **DISMISSED as untimely**.

3.    A certificate of appealability is **DENIED** and leave to appeal in forma

pauperis is also **DENIED**.

**DONE AND ORDERED** this 4th day of May 2026.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**